UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-MJ-2230-SANCHEZ   (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

Erica Bontempo Mesquita Costa,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 2/06/25

Eduardo I. Sanchez
**UNITED STATES MAGISTRATE JUDGE**