# MINUTE ORDER

Page 6

## Magistrate Judge Eduardo I. Sanchez

| | |
|---|---|
| Atkins Building Courthouse - 9th Floor | Date: 2/06/25   Time: 2:00 p.m. |

Defendant: Erica Patricia Bontempo    J#: 13999-506    Case #: 25-MJ-2230-SANCHEZ (SEALED) *unsealed*

AUSA: Andres Chinchilla    Attorney: _____

Violation: Illegal Reentry    Surr/Arrest Date: 02/05/25    YOB: 1988

Proceeding: Initial Appearance    CJA Appt: _____

Bond/PTD Held: ◯ Yes  ◯ No    Recommended Bond: Temporary - Pretrial Detention

Bond Set at: _____    Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: Portuguese

**Disposition:**
- Deft. advised of rights and charges; Deft. sworn
- Deft. reports she has contacted a private counsel (unable to provide full name)
- Frank Quintero Jr. - CJA Atty will contact the Deft's atty as a friend of the court
- Deft. agrees to remain in (Temp.) PTD.
- Gov't Mtn to Unseal the Complaint - Granted
- Brady Order NOT Given

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

(Report RE Counsel:) _____

(PTD/Bond Hearing:) 2-1-25  10:00  Duty Magistrate Judge

(Prelim/Arraign or Removal:) 2-20-25  10:00  "  "  "

Status Conference RE: _____

D.A.R. 14:37:13, 16:11:15    Time in Court: 31 Minutes

s/Eduardo I. Sanchez — Magistrate Judge