# COURT MINUTES

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**     Date: 2/11/2025    Time: 10:00 a.m.

---

Defendant: Erica Bontempo Mesquita Costa     J#: 13999-506    Case #: 25-02230-MJ-SANCHEZ

AUSA: Andres Chinchilla     Attorney:

Violation: Re-Entry of a Removed Alien

Proceeding: Pretrial Detention/ Report Re: Counsel     CJA Appt: **Frank Quintero N.P.T. 2/6/25**

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: Pretrial Detention

Bond Set at: **STIP- Pretrial Detention w/the right to revisit**   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Portuguese

Disposition:
 Prelim/ARR set for 2/20/25.
**Defense counsel present in open court, represented to the Court, regarding former proceedings held before Judge Sanchez last week.
  Defendant ore tenus motion to apppint counsel -GRANTED-.
Defendant sworn; CJA counsel appointed N.P.T. 2/6/25 per court. The parties stipulate to Pretrial Detention with the right to revisit, no hearing held.
Brady Order Given.**

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **10:41:55**     Time in Court: **10 mins**