# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 2/20/2025   Time: 11:30am

Defendant: Erica Bontempo Mesquita Costa   J#: 13999-506   Case #: 25-CR-20066-MOORE
AUSA: Andres Chinchilla   Attorney: Frank Quintero (CJA)
Violation: Reentry of removed Alien   Surr/Arrest Date:   YOB:
Proceeding: Arraignment/ Waiver of Indictment   CJA Appt:
Bond/PTD Held: ☐ Yes   ☐ No   Recommended Bond:
Bond Set at: Pretrial Detention   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: Portuguese

Disposition:
Brady Order given 2/11/25. Defendant stated that she would like to represent herself. Defendant does not want to Waive the Indictment. Faretta Hearing needs to be set before Judge Moore. Status Re: Arraignment on Information set for 3/6/2025 at 10am before MIA Duty Judge.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE: Arraignment on Information - 3/6/2025 at 10:00AM (MIA Duty Court)
D.A.R. EGT-11:37:52   Time in Court: 5 mins.

s/Edwin G. Torres   Magistrate Judge