UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20066-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERICA BONTEMPO MESQUITA COSTA,

    Defendant.

_____

**DEFENDANT'S INVOCATION OF**
**RIGHT TO SILENCE AND COUNSEL**

    The Defendant, ERICA BONTEMPO MESQUITA COSTA, hereby invokes her rights to remain silent and to Counsel with respect to any and all questioning or interrogation, regardless of the subject matter including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status, or consequences resulting from arrest or conviction, appeals or other post-trial proceedings. The Defendant requests that the U. S. Attorney ensure that this invocation of rights is honored by forwarding a copy of it to all law enforcement agents, government officials, or

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

employees associated with the investigation of any matters relating to the Defendant. Any contact with the Defendant must be made through the Defendant's undersigned attorney.

**DATED** on March 6, 2025.

        Respectfully submitted,

        **Donet, McMillan &Trontz, P.A.**

    By: /s/ David A. Donet, Jr.
        David A. Donet, Jr., Esq.
        Florida Bar No.: 128910
        Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2025, undersigned counsel electronically filed the foregoing Defendant's Invocation of Right to Silence and Counsel with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

        **Donet, McMillan &Trontz, P.A.**

    By: /s/ David A. Donet, Jr.
        David A. Donet, Jr., Esq.
        Florida Bar No.: 128910
        Attorney for Defendant
        100 Almeria Avenue, Suite 230
        Coral Gables, Florida 33134
        Telephone: (305) 444-0030
        Email: donet@dmtlaw.com
        Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com