# COURT MINUTES

Page 4

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 3/6/2025   Time: 10:00 a.m.

Defendant: **Erica Bontempo Mesquita Costa**   J#: **13999-506**   Case #: **25-20066-CR-MOORE**
AUSA: **Stefan Diaz-Espinosa**   Attorney: **David A. Donet, Jr. (CJA)**
Violation: Re-Entry of a Removed Alien
Proceeding: Status Conference re: Arraignment   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: Pretrial Detention   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Portuguese

Disposition:
Brady Order given on 2/11/25. Fraetta hearing held on 3/5/25. Motion to Withdraw Counsel-Granted per DE#[71]. CJA Counsel, David Donet, Jr appointed.
**\*\*DEFENDANT ARRAIGNED\*\***

*All further proceedings before Judge Moore.*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **10:20:45**   Time in Court: **10 mins**