**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20066-CR-MOORE/D'ANGELO**

**UNITED STATES OF AMERICA,**

**vs.**

**ERICA BONTEMPO MESQUITA COSTA,**

      **Defendant.**

_____/

**ORDER FOLLOWING *FARETTA* HEARING AND GRANTING**
**MOTION TO WITHDRAW AND APPOINTING NEW COUNSEL**

      **THIS CAUSE** is before the Court on Defendant's Unopposed Motion for *Faretta* Hearing

filed on February 20, 2025 (DE 12) and Defense Counsel Frank Quintero's Motion to Withdraw

as Attorney filed on March 5, 2025 (DE 17).[1]  The Court held a hearing on the Motions on March

5, 2025 (DE 18).  The Court began the hearing by conducting a *Faretta* inquiry pursuant to *Faretta*

*v. California*, 422 U.S. 806 (1975) and its progeny.  *See United States v. Fant*, 890 F.2d 408 (11th

Cir. 1989).  After the Court conducted the inquiry, Defendant stated that she did not want to

represent herself.  Rather, she wanted an attorney to represent her but could not work with her

current attorney, Mr. Quintero.  At that point, the Court excused the Government and began an *ex*

*parte Nelson* hearing, at which the Court heard from Defendant and Mr. Quintero.

      Having reviewed the Motion for *Faretta* Hearing, the Motion to Withdraw as Attorney,

and the relevant portions of the record, including matters raised at the hearing and *ex parte*, and

being otherwise fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

---

[1] This matter was referred to the undersigned Magistrate Judge to take all necessary and proper
action as required by law and/or to issue a Report and Recommendation regarding Defendant's
Motion for *Faretta* Hearing (DE 14).

Defendant withdrew her request to proceed *pro se* in this matter and requested that a new attorney be appointed to represent her.

**IT IS FURTHER ORDERED** that Defense Counsel Frank Quintero's Motion to Withdraw as Attorney is **GRANTED**.  Mr. Quintero is relieved of any further duty in this matter, and counsel listed below is hereby appointed to represent Defendant:

David A. Donet, Jr., Esq.
Donet, McMillan & Trontz, P.A.
100 Almeria Avenue
Suite 230
Coral Gables, FL 33134

**DONE and ORDERED** in Chambers in Miami, Florida on this 6th day of March, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:      All Counsel of Record

2