UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20066-KMM(s)
8 U.S.C. § 1325(a)(1)

UNITED STATES OF AMERICA

v.

ERICA BONTEMPO MESQUITA COSTA,

Defendant.
_____/

FILED BY ___BM___ D.C.
Apr 15, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INFORMATION

The United States Attorney charges that:

On or about January 17, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ERICA BONTEMPO MESQUITA COSTA,**

an alien, unlawfully entered the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1).

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
ANDRES E. CHINCHILLA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20066-KMM(s)

v.

ERICA BONTEMPO MESQUITA COSTA,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants 0
Total number of new counts 1

**Court Division** (select one)
[✓] Miami    [ ] Key West    [ ] FTP
[ ] FTL       [ ] WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Portuguese
4. This case will take   0   days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)
   I    [✓] 0 to 5 days                    [ ] Petty
   II   [ ] 6 to 10 days                   [ ] Minor
   III  [ ] 11 to 20 days                  [✓] Misdemeanor
   IV   [ ] 21 to 60 days                  [ ] Felony
   V    [ ] 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge K. Michael Moore    Case No. 25-cr-20066
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Eduardo I. Sanchez   Magistrate Case No. 25-mj-02230
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 02/04/2025
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Andres E. Chinchilla
Assistant United States Attorney
SDFL Court ID No. A5503151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ERICA BONTEMPO MESQUITA COSTA

**Case No**: 25-CR-20066-KMM(s)

Count:

Improper Entry by an Alien

Title 8, United States Code, Section 1325(a)(1)

* **Max. Term of Imprisonment:** 6 Months
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $5,000

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.