# COURT MINUTES

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**     Date: 4/16/2025     Time: 10:00 a.m.

Defendant: Erica Bontempo Mesquita Costa     J#: 13999-506     Case #: 25-CR-20066-MOORE (s)

AUSA: Annie Martinez     Attorney: David Donet, Jr. (CJA)

Violation: Reentry of a Removed Alien

Proceeding: Arraignment on Superseding Information     CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:

Bond Set at: Pretrial Detention     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Portuguese

Disposition:
Brady Order given 2/11/25
COP hearing set for 4/17/25
**\*Defendant Arragined\*** Defendant will sign Waiver of Indictment 4/17/25.

*All further proceedings before Judge Moore.*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **10:19:49**     Time in Court: **1 min**