UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-CR-20066-MOORE

United States of America,

v.

Erica Bontempo Mesquita Costa,

_____/

## WAIVER OF INDICTMENT

I, Erica Bontempo Mesquita Costa, the above named defendant who is accused of **Reentry of a Removed Alien**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 4/16/2025, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Enjolique A. Lett
United States Magistrate Judge